UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY MARTINEZ                                                    PLAINTIFF
ADC #158155

V.                          No. 4:18CV00870-SWW

ELKIN DARREL, Doctor,
Yell County Detention Center; and
MIKE LEE MAY, Jail Administrator,
Yell County Detention Center                                        DEFENDANTS

## ORDER

On July 24, 2019, the Court ordered plaintiff Anthony Martinez to file a notice of his current mailing address because mail sent to his address of record was being returned undelivered. *See Docs. 7 & 11.* The Court warned Martinez that his case would be dismissed without prejudice if he failed to comply with the Court's Order by August 26, 2019. *Doc. 11.* Martinez has not complied with that Order, and the time for doing so has expired. He has not communicated with the Court since November 21, 2018, and his mail still is being returned undelivered. *See Docs. 2, 13, 14 & 15.*

Therefore, this case is dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE