UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY MARTINEZ                                              PLAINTIFF
ADC #158155

V.                    No. 4:18CV00870-SWW

ELKIN DARREL, Doctor,
Yell County Detention Center; and
MIKE LEE MAY, Jail Administrator,
Yell County Detention Center                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered separately today, this case is dismissed without prejudice.

Dated this 19th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE